UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                         Case No. 8:09-cv-2551-T-30EAJ

ELLEN N. MOSS and
LAURENCE M. CLARK,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal With Prejudice (Dkt. #7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Dismissal With Prejudice (Dkt. #7) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 24, 2010.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2251.dismissal 7.wpd